JEWISH MENTAL HEALTH SOCIETY, Respondent, *v.* VILLAGE OF HASTINGS-ON-HUDSON et al., Appellants. (Action Nos. 1 and 2.)

JEWISH MENTAL HEALTH SOCIETY, Respondent, *v.* TOWN OF GREENBURGH et al., Appellants. (Action No. 3.)

Argued December 7, 1938; decided January 4, 1939.

*William D. Cunningham* and *Gerald Fitzgerald* for appellants.

*Sidney Newborg* and *Donald L. Newborg* for respondent.

In each action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.